CONFIDENTIAL
NOT FOR PUBLIC DISCLOSURE
SEALED BY ORDER OF THE COURT

Western District of Oklahoma
MJ-25-228-CMS

## UNITED STATES DISTRICT COURT

for the

## Northern District of California

FILED
Feb 26 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

U.S.A. V. NAJEE THOMPSON          Docket No. 4:23-CR-00199-YGR

## Petition for Arrest Warrant for Defendant Under Pretrial Supervision

| | |
|---|---|
| Name of Defendant: | Najee THOMPSON |
| Name of Judicial Officer: | Donna M. Ryu, Chief U.S. Magistrate Judge |
| Date of Release: | 8/30/2023 |
| Charged Offense: | 18 U.S.C. Section 922(a)(1)(A) – Dealing Firearms Without a License; 18 U.S.C. Section 924(n) – Travel within the United States with Intent to Violate 18 U.S.C. Section 922(a)(1)(A) |
| Release Conditions: | $50,000 Unsecured Bond |
| Special Conditions: | 1. Defendant must submit to supervision by Pretrial Services and must report immediately upon release and thereafter as directed by Pretrial Services;<br>2. Defendant must surrender any passports or other travel documents to Pretrial Services and must not apply for other passports or travel documents;<br>3. Defendant must not possess any firearm, destructive device, or other dangerous weapon;<br>4. Defendant must not use alcohol to excess or possess any narcotic or other controlled substance without a legal prescription;<br>5. Defendant must submit to drug and/or alcohol testing as directed by Pretrial Services;<br>6. Defendant must participate in substance abuse treatment; on an outpatient or residential basis, or as directed by Pretrial Services;<br>7. Defendant must participate in mental health counseling as directed by Pretrial Services;<br>8. Defendant must have no contact with J.P., T.D., T.W., and A.M.; |

NDC-PRET 06/25/14

**PETITION FOR ARREST WARRANT**
**RE: THOMPSON, NAJEE**               **Docket No. 4:23-CR-00199-YGR**

9. Defendant must not change residence or telephone number without prior approval;
10. Defendant must not travel outside of the Northern District of California and Eastern District of California.

## Petitioning the Court

For the issuance of an under seal, no-bail warrant for the defendant's arrest.

I, Jalei Kinder, a U.S. Pretrial Services Officer, employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

Case 4:23-cr-00199-YGR  Document 60 *SEALED*  Filed 04/03/25  Page 2 of 4
Page 2

**PETITION FOR ARREST WARRANT**
**RE: THOMPSON, NAJEE**   **Docket No. 4:23-CR-00199-YGR**

**VIOLATION(S):**

1) **The defendant was arrested on February 6, 2025, for FELONY, HUMAN TRAFFICKING; FELONY, KIDNAPPING; FELONY, FORCIBLE SODOMY; AND CARRY OR POSSESS FIREARM BY CONVICTED FELON.**

2) **The defendant traveled outside of the Northern and Eastern Districts of California without prior approval from the Court.**

On February 25, 2025, Pretrial Services attempted to contact the defendant at his residence but was unable to enter the building. I attempted contact with the defendant by phone but received no response and his phone was off. I contacted defense counsel in efforts to try and locate him who stated she would try to follow up.

On February 26, 2025, following no response from the defendant or defense counsel; I ran an updated record check which revealed the defendant's arrest in Oklahoma City, Oklahoma, on February 6, 2025, for the above noted charges. Pretrial Services received no alerts or notices regarding this new arrest. Pretrial Services is attempting to obtain further information including the police report and status of this case.

Based on the foregoing, there is probable cause to believe that Najee THOMPSON violated the conditions of his pretrial supervision release. Therefore, I ask the Court to issue an under seal, no-bail warrant for his arrest.

Respectfully submitted,

Jalen Kinder
U.S. Pretrial Services Officer, Specialist
Place: **Oakland, California**
Date Signed: 2/26/2025

Approved by:

Amaryllis Austin
Deputy Chief U.S. Pretrial Services Officer

**PETITION FOR ARREST WARRANT**
**RE: THOMPSON, NAJEE**　　　　　　　　　　　**Docket No. 4:23-CR-00199-YGR**

Having considered the information set forth above, the Court finds there is probable cause to believe the defendant violated the terms and conditions of his pretrial release.

### THE COURT ORDERS:

**X**　　The issuance of a no-bail warrant for the defendant's arrest so that he/she may be brought before the Court to show cause why bail should not be revoked.

☐　　Other:

_____February 26, 2025_____　　　　　　_____
　　　　　　**Date**　　　　　　　　　　　　　　**The Honorable Donna M. Ryu**
　　　　　　　　　　　　　　　　　　　　　　　　**Chief U.S. Magistrate Judge**