AO 458 (Rev. 01/09) Appearance

# United States District Court
## for the
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )  No. **MJ-25-228-CMS** |
| | ) |
| NAJEE THOMPSON | ) |
| | ) |
| Defendant. | ) |

## APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record:

I am authorized to practice in this Court, and I appear in this case as counsel for:

the plaintiff, United States of America.

I am registered to file documents electronically with this Court.

Date: April 16, 2025

                                          s/ Elizabeth M. Bagwell
                                          Elizabeth M. Bagwell
                                          Assistant United States Attorney (DC 1780082)
                                          210 Park Avenue, Suite 400
                                          Oklahoma City, Oklahoma 73102
                                          (405) 553-8787 (Office)
                                          (405) 553-8888 (Fax)
                                          Elizabeth.Bagwell@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants of record in this matter:

s/ELIZABETH M. BAGWELL
Assistant United States Attorney
