# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| VS. ) | Case Number: **MJ-25-228-CMS** |
| ) | |
| ) | |
| **Najee Eric Thompson** ) | Charging District: Northern District of California |
| **Defendant** ) | Charging District's Case Number: CR-23-199-YGR |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the: Northern District of California.

The defendant may need an interpreter for this language: _____.

The defendant:  ☐ will retain an attorney.

☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The Marshal or officer in the charging district should immediately notify the United States Attorney and the Clerk of Court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Wednesday, April 16, 2025
Date

_Chris M. Stephens_
CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE

SR-03-2020